RECEIVED
CHARLOTTE, N.C.
MAY 13 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KINGS PLUSH, INC, d/b/a STI, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:04CV112 |
| MASTERCRAFT FABRICS, LLC, | ) |
| Defendant. | ) |

## ORDER

Defendant has moved pursuant to Rules 17 and 25 of the Federal Rules of Civil Procedure to substitute Joan Fabrics Corporation for Mastercraft Fabrics, LLC as the named Defendant/Counterclaim-Plaintiff in the above-captioned action. FOR GOOD CAUSE SHOWN, Defendant's Motion is GRANTED and it is hereby ORDERED that Joan Fabrics Corporation is substituted for Mastercraft Fabrics, LLC as the named Defendant/Counterclaim-Plaintiff in the above-captioned action.

So ORDERED, this the 16th day of May, 2005.

_____